IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VERNON CHAPMAN,

    Petitioner,

v.

WARDEN R.D. KEYES,

    Respondent.

ORDER

Case No.  23-cv-431-wmc

---

Petitioner Vernon Chapman seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has requested leave to proceed without prepayment of the filing fee but has not submitted a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately December 26, 2022 through the date of the petition, June 26, 2023. For this case to move forward, petitioner has to either submit the $5 filing fee or a certified copy of an inmate trust fund account statement by July 17, 2023.

ORDER

IT IS ORDERED that:

1.    Petitioner Vernon Chapman may have until July 17, 2023, to either submit the $5 filing fee or an inmate trust fund account statement in support of his motion for leave to proceed without prepayment of the filing fee.

2.    If petitioner does not submit either the $5 filing fee or an inmate trust account statement before July 17, 2023, or show cause for his failure to do so, I will assume that petitioner wishes to withdraw this petition.

Entered this 26th day of June, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge