IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VERNON CHAPMAN,

    Petitioner,

v.

WARDEN R.D. KEYES,

    Respondent.

ORDER

23-cv-431-wmc
App. No. 23-02762

On September 1, 2023, the court dismissed the habeas petition filed by petitioner Vernon Chapman pursuant to 28 U.S.C. § 2241. Petitioner has now filed a notice of appeal from that order and requests leave to proceed *in forma pauperis*. (Dkt # 10). The court cannot consider this request, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status. *See* 28 U.S.C. § 1915(a)(2). For this appeal to proceed, petitioner must either pay the $505 appellate docketing fee by October 23, 2023, or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal.

ORDER

IT IS ORDERED that not later than October 23, 2023, petitioner Vernon Chapman shall pay the $505 appellate docketing fee or submit a certified copy of an inmate trust fund account statement for the period beginning approximately March 7, 2023 through at least September 7, 2023. If petitioner fails to pay the $505 appellate docketing fee, comply as

directed, or show cause for failure to do so, then this appeal may be dismissed without further notice.

Entered this 22nd day of September, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge